

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2022

No. 04-22-00428-CR

Brent Eugene **BAILEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR7724
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

On July 14, 2022, the district clerk filed a portion of the clerk's record, which contains the trial court's certification, stating this "is a plea-bargain case, and the defendant has NO right of appeal." We therefore **ORDER** the district clerk to file, by **July 25, 2022**, an electronic clerk's record containing the following documents:

1. All pre-trial orders and the related pre-trial motions;

2. The Court Admonishments, the Waiver, Consent to Stipulation of Testimony and Stipulations, and all other documents relating to the defendant's plea bargain;

3. The judgment;

4. All post-judgment motions and orders;

5. The notice of appeal;

6. The Trial Court's Certification of Defendant's Right of Appeal; and

7. The criminal docket sheet.

All other appellate deadlines are suspended pending further order of this court.

_____
Rebeca C. Martinez, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court